In re:
William K Foster
Roberta L Scott
       Debtors

Case No. 09-59233-DM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0971-5     User: tadra     Page 1 of 2     Date Rcvd: May 19, 2016
                         Form ID: NRC     Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2016.

```
db/jdb         +William K Foster,    Roberta L Scott,    13741 Saratoga Avenue,    Saratoga, CA 95070-5431
cr             +Barclays Bank Delaware,    P.O. Box 13337,    Philadelphia, PA 19101-3337
cr            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    19001 S. Western Avenue,
                 Torrance, CA  90509)
cr             +Wells Fargo Bank, NA,    c/o Pite Duncan LLP,    4375 Jutland Drive,    Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
reqntc         +Wells Fargo Home Mortgage,    Pite Duncan, LLP,    4375 Jutland Drive,    Suite 200,
                 PO Box 17933,    San Diego, CA 92177-7921
10417874     ++++ALBERT BAKER FUND,    333 UNIVERSITY AVE STE 165,    SACRAMENTO CA  95825-6539
                (address filed with court: Albert Baker Fund,    777 Campus Commons Road,    Suite 165,
                 Sacramento, CA 95825)
10417873       +Aes/slma Tst,    1200 North 7th Street,    Harrisburg, PA 17102-1419
10417875       +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
10417877       +B4 & After Renovation & Design,    PO Box 1231,    71 Elm Street,    Camden, ME 04843-1904
10581887       +Barclays Bank,    P.O. Box 13337,    Philadelphia, PA 19101-3337
10417881       +Brian S. Pierce,    13741 Saratoga Avenue,    Saratoga, CA 95070-5431
10417912      ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-Mobile Wireless,    12920 South East 38th Street,
                 Bellevue, WA 98006)
10417882      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                 Norcross, GA 30091)
10417891      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank/Home Depot,    Attn.: Centralized  Bankruptcy,
                 Po Box 20507,    Kansas City, MO 64195)
10417884       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
10417889       +Chase,    P.O. Box 155298,    Wilmington, DE 19886-0001
10417890       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10417893      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: Direct TV Inc.,    PO Box 6550,    Englewood, CO 80155)
10417892       +David Propach & Tasha Wasserman,    15200 Sobey Road,    Saratoga, CA 95070-6239
10417897       +Expo/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
10417898       +Farm Bureau Bank,    17300 Henderson Pass,    San Antonio, TX 78232-1663
10417899       +Gco-elf/glelsi,    2401 International Ln,    Madison, WI 53704-3121
10417900       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
10463933       +Melodie Whitson,    PITE DUNCAN, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
10417901       +Meriwest Credit Union,    Po Box 530953,    San Jose, CA 95153-5353
10417903       +Mohela/Bank Of America,    14528 S Outer 40 Rd Ste,    Chesterfield, MO 63017-5785
10417904       +Mohela/Commerce Bank,    633 Spirit Dr,    Chesterfield, MO 63005-1243
10417905       +Mohela/wells Fargo,    633 Spirit Dr,    Chesterfield, MO 63005-1243
10417906       +Protax LLC,    13715 Poway Road, Suite B,    Poway, CA 92064-4732
10618385       +Reilly Well Drilling Inc.,    P.O. Box 8,    Walpole, ME 04573-0008
10417907       +Saturn Systems,    PO Box 482,    Bailey, CO 80421-0482
10417908       +Second Alliance,    6911 Topanga Canyon Blvd.,    Canoga Park, CA 91303-2370
10417910       +St Marys Credit Union,    293 Boston Post Road West,    Marlborough, MA 01752-4687
10417909       +St Marys Credit Union,    P O Box 728 (133 W. Main St),    Marlboro, MA 01752-0728
10417911        Star One Credit Union,    166 Eigth Avenue,    Sunnyvale, CA 94089
10417914      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank/na Nd,    101 5th St E Ste A,    Saint Paul, MN 55101)
10417919      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
10417915       +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
10417916       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
10417917       +Wells Fargo Card Ser,    Po Box 5058,    Portland, OR 97208-5058
10417921       +Wiggin & Nourie P.A.,    670 North Commercial Street,    Suite 305,    Manchester, NH 03101-1149
10417922       +Wild Blue Communications,    5970 Greenwood Plaza Blvd,    Englewood, CO 80111-4735
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/Text: bknotices@starone.org May 20 2016 01:22:21      Star One Credit Union,
                 P.O. Box 3643,    Sunnyvale, CA  94088-3643
10417894       +E-mail/Text: mrdiscen@discover.com May 20 2016 01:22:21      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Saratoga Data Systems, Inc.
10417913       Toyota Motor Credit,    Must call 800-874-8822 for mailing addre
10417876*     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
10417880*     +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
10417883*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
10417888*     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
10417885*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
10417886*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
10417887*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
10417895*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
10417896*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
10417920*    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:  Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                Frederick, MD 21701)
10417918*     +Wells Fargo Card Ser,    Po Box 5058,    Portland, OR 97208-5058
10417878    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
10417879    ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10417902    ##+Mid State Concrete Pumping,    14 Chadbourne Road,    Lewiston, ME 04240-2004
                                                                             TOTALS: 2, * 11, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2016 at the address(es) listed below:
         Christopher O. Rivas    on behalf of Creditor    Creditor Barclays crivas@reedsmith.com,
          chris-rivas-8658@ecf.pacerpro.com
         Christopher O. Rivas    on behalf of Defendant    Creditor Barclays crivas@reedsmith.com,
          chris-rivas-8658@ecf.pacerpro.com
         Christopher O. Rivas    on behalf of Creditor    Barclays Bank Delaware crivas@reedsmith.com,
          chris-rivas-8658@ecf.pacerpro.com
         Elliot  Gale    on behalf of Plaintiff Roberta L Scott ecf@sagarialaw.com, ECFGotNotices@Gmail.com
         John Mendonza    on behalf of Creditor    Star One Credit Union jm@mendonzalaw.com
         Katherine L. Johnson    on behalf of Creditor    Wells Fargo Bank, NA ecfcanb@piteduncan.com
         Melodie A. Whitson    on behalf of Requestor    Wells Fargo Home Mortgage ecfcanb@piteduncan.com
         Michael St. James    on behalf of Interested Party    Saratoga Data Systems, Inc.
          ecf@stjames-law.com
         Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
         Scott J. Sagaria    on behalf of Plaintiff Roberta L Scott SagariaBK@sagarialaw.com,
          ecf@sagarialaw.com
         Scott J. Sagaria    on behalf of Debtor William K Foster SagariaBK@sagarialaw.com,
          ecf@sagarialaw.com
         Scott J. Sagaria    on behalf of Joint Debtor Roberta L Scott SagariaBK@sagarialaw.com,
          ecf@sagarialaw.com
         Suzanne  Decker    suzannedecker@sbcglobal.net, sdecker@ecf.epiqsystems.com
                                                                                         TOTAL: 13
```

Form NRC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | William K Foster and Roberta L Scott | Case No.: 09−59233 DM 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## REASSIGNMENT OF CASE

NOTICE TO BANKRUPTCY PRACTIONERS, ATTORNEYS, AND TRUSTEES:

A Reassignment of the above case has been made and the case number designation has been changed to reflect the assignment of the new judge:

NEW CASE NO.
DESIGNATION                                NEW JUDGE ASSIGNMENT

09−59233                                   Dennis Montali

All interested parties are directed to use the new case number designation in all future contacts with the court and on all documents filed hereafter with the court.

Dated: 5/19/16                             For the Court:

                                           Edward J. Emmons
                                           Clerk of Court
                                           United States Bankruptcy Court