In re:                                                          Case No. 09-59233-DM
William K Foster                                                Chapter 7
Roberta L Scott
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0971-5          User: rrombawa          Page 1 of 1          Date Rcvd: May 31, 2016
                              Form ID: pdfeoc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2016.
db/jdb          +William K Foster,    Roberta L Scott,    13741 Saratoga Avenue,    Saratoga, CA 95070-5431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2016 at the address(es) listed below:
          Christopher O. Rivas    on behalf of Creditor    Creditor Barclays crivas@reedsmith.com,
           chris-rivas-8658@ecf.pacerpro.com
          Christopher O. Rivas    on behalf of Defendant    Creditor Barclays crivas@reedsmith.com,
           chris-rivas-8658@ecf.pacerpro.com
          Christopher O. Rivas    on behalf of Creditor    Barclays Bank Delaware crivas@reedsmith.com,
           chris-rivas-8658@ecf.pacerpro.com
          Elliot Gale    on behalf of Plaintiff Roberta L Scott ecf@sagarialaw.com,  ECFGotNotices@Gmail.com
          John Mendonza    on behalf of Creditor    Star One Credit Union jm@mendonzalaw.com
          Katherine L. Johnson    on behalf of Creditor    Wells Fargo Bank, NA ecfcanb@piteduncan.com
          Melodie A. Whitson    on behalf of Requestor    Wells Fargo Home Mortgage ecfcanb@piteduncan.com
          Michael St. James    on behalf of Interested Party    Saratoga Data Systems, Inc.
           ecf@stjames-law.com
          Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
          Scott J. Sagaria    on behalf of Debtor William K Foster SagariaBK@sagarialaw.com,
           ecf@sagarialaw.com
          Scott J. Sagaria    on behalf of Joint Debtor Roberta L Scott SagariaBK@sagarialaw.com,
           ecf@sagarialaw.com
          Scott J. Sagaria    on behalf of Plaintiff Roberta L Scott SagariaBK@sagarialaw.com,
           ecf@sagarialaw.com
          Suzanne Decker    suzannedecker@sbcglobal.net,  sdecker@ecf.epiqsystems.com
                                                                    TOTAL: 13

**Entered on Docket**
**May 31, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: May 28, 2016**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
2 155 Montgomery Street, Suite 1004
San Francisco, California 94104
3 (415) 391-7566 Telephone
(415) 391-7568 Facsimile
4 michael@stjames-law.com

5

Counsel for Saratoga Data Systems, Inc.
6

7

8

9            **UNITED STATES BANKRUPTCY COURT**

10      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                  San Jose Division

12

13

In re                                      Case No.  09-59233
14
WILLIAM K. FOSTER &                        Chapter 7
15 ROBERTA L. SCOTT

16           Debtor

17

18

19

20

21              **ORDER TO RE-OPEN CASE**

22

23

24

25

26

27

28

1    Upon consideration of the Request to Re-Open Case and supporting papers submitted by

2 Saratoga Data Systems, Inc., it appearing that there may be assets of the estate to be administered, and

3 good cause therefor appearing,

4    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

5    1.    It is appropriate to rule on this Request *ex parte.*

6    2.    The above case be, and it hereby is, re-opened.

7    3.    A trustee shall be appointed in the above case.

8

9        *    *    *    END OF ORDER    *    *    *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO RE-OPEN CASE                                                        1

1

*Court's Service List*

2    All parties are ECF qualified except:

3

                    **William K Foster**

4                        **Roberta L. Scott**

                    **13741 Saratoga Avenue**

5                      **Saratoga, CA 95070**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO RE-OPEN CASE                                                2