```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                      Case No. 09-59233-DM
William K Foster                                            Chapter 7
Roberta L Scott
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: rrombawa           Page 1 of 1            Date Rcvd: Jun 17, 2016
                              Form ID: pdfeoc          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2016.
```
db            +William K Foster,    13741 Saratoga Avenue,    Saratoga, CA 95070-5431
              +Jeffrey Stewart Love, Esq.,    Klarquist Sparkman, LLP,    121 SW Salmon Street, Ste 1600,
                Portland, OR 97204-2988
              +W. Knight Foster Partnership,    20771 Reid Lane,,    Saratoga, California 95070-5325
              +William K Foster,    20771 Reid Lane,,    Saratoga, California 95070-5325
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2016 at the address(es) listed below:
```
              Christopher O. Rivas    on behalf of Defendant    Creditor Barclays crivas@reedsmith.com,
               chris-rivas-8658@ecf.pacerpro.com
              Christopher O. Rivas    on behalf of Creditor    Creditor Barclays crivas@reedsmith.com,
               chris-rivas-8658@ecf.pacerpro.com
              Christopher O. Rivas    on behalf of Creditor    Barclays Bank Delaware crivas@reedsmith.com,
               chris-rivas-8658@ecf.pacerpro.com
              Elliot  Gale    on behalf of Plaintiff Roberta L Scott ecf@sagarialaw.com, ECFGotNotices@Gmail.com
              Gregg S. Kleiner    on behalf of Trustee Mohamed  Poonja gregg.kleiner@dentons.com,
               winnie.owen@dentons.com
              John  Mendonza    on behalf of Creditor    Star One Credit Union jm@mendonzalaw.com
              Katherine L. Johnson    on behalf of Creditor    Wells Fargo Bank, NA ecfcanb@piteduncan.com
              Melodie A. Whitson    on behalf of Requestor    Wells Fargo Home Mortgage ecfcanb@piteduncan.com
              Michael St. James    on behalf of Interested Party    Saratoga Data Systems, Inc.
               ecf@stjames-law.com
              Michael  St. James    on behalf of Defendant    Saratoga Data Systems, Inc. ecf@stjames-law.com
              Mohamed  Poonja    mpoonja@sbcglobal.net, mpoonja@ecf.epiqsystems.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
              Richard L. Pierotti    Rpierotti@kpmd.com
              Scott J. Sagaria    on behalf of Debtor William K Foster SagariaBK@sagarialaw.com,
               ecf@sagarialaw.com
              Scott J. Sagaria    on behalf of Joint Debtor Roberta L Scott SagariaBK@sagarialaw.com,
               ecf@sagarialaw.com
              Scott J. Sagaria    on behalf of Plaintiff Roberta L Scott SagariaBK@sagarialaw.com,
               ecf@sagarialaw.com
                                                                                             TOTAL: 16
```

Entered on Docket
June 17, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 17, 2016

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge



Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Saratoga Data Systems, Inc.

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| In re<br><br>WILLIAM K. FOSTER &<br>ROBERTA L. SCOTT<br><br>Debtor | Case No. 09-59233<br><br>Chapter 7 |

**ORDER OF EXAMINATION**
**(Fed. R. Bankr. P. 2004)**

Upon consideration of the Application of Saratoga Data Systems, Inc., joined in by Mohamed Poonja, the duly appointed, qualified and acting trustee of the above estate, for an Order of Examination, and good cause therefor appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. It is appropriate to rule on this Application *ex parte.*

2. William K. Foster and the W. Knight Foster Partnership shall each produce the documents specified in Exhibit A hereto by delivering them to St. James Law, P.C., 155 Montgomery Street, Suite 1004, San Francisco, California 94104 not later than noon on July 5, 2016;

3. William K. Foster shall appear and be deposed at the offices of Dentons US, LLP, Spear Tower, 24th Floor, One Market Plaza, San Francisco, California 94105-1101, on July 8, 2016 at 10:00 a.m.

4. The W. Knight Foster Partnership shall designate its person(s) most knowledgeable with respect to the matters identified in Paragraph 7 of the Application, who shall appear and be deposed at the offices of Dentons (US), LLP, Spear Tower, 24th Floor, One Market Plaza, San Francisco, California 94105-1101, on July 8, 2016 at 1:00 p.m.

\* \* \* END OF ORDER \* \* \*

ORDER FOR EXAMINATION 1

# EXHIBIT A

Please deliver the requested documents to St. James Law, P.C., 155 Montgomery Street, Suite 1004, San Francisco, California, 94104 by the date and time specified in the Order for Examination.

You are required to produce all documents specified herein which are in your actual or constructive possession, custody, or control.

If any documents are not produced because you contend that they are protected by the attorney-client privilege or the attorney work-product doctrine, please identify with particularity each such document, including its author, date and recipient, and state the basis for the claim of privilege. If you assert a right to refuse to produce Tax Documents to SDS, you may produce them instead by the same deadline to counsel for the Trustee at Dentons US, LLP, Spear Tower, 24th Floor, One Market Plaza, San Francisco, California 94105-1101.

The time period covered by this request (the "Time Period") commences two full years prior to the filing of the above bankruptcy case; that is, January 1, 2007 and continues to the present.

With respect to all documents produced, please identify the request, person and month, quarter or year within the Time Period to which they relate.

DEFINITIONS

As used herein, unless specifically indicated otherwise, the following terms shall have the indicated meanings:

As used herein, a "Debtor" means William K. Foster, Roberta L. Scott or both of them.

As used herein, "Partnership" means the W. Knight Foster Partnership.

As used herein, the "3 Partnerships" means each of the four partnerships identified in Response to Question 19 of the Statement of Financial Affairs *exclusive of* the Partnership; that is, the 3

Partnerships are the W. K Foster Jr. Partnership, the Roberta L. Scott Partnership and the Andrin K. Foster Partnership.

As used herein, "Distribution Documents" means all documents that memorialize or relate to a distribution by an entity to an equity holder in that entity, whether characterized or denominated as a distribution, dividend, draw, salary, compensation, reimbursement or otherwise.

As used herein, "Financial Documents" means (a) financial statements, including balance sheets, profit and loss statements and cash receipts and disbursements reports, and (b) general ledgers or, if not available, check registers.

As used herein, "Insider Documents" means all records that relate or refer to transfers, transactions or agreements of any kind among or between a Debtor, the Partnership and/or any of the 3 Partnerships.

As used herein, "Governance Documents" means (a) all documents which relate to the formation or establishment of an entity or address how that entity will be governed; e.g., a partnership agreement, together will all concurrent and subsequent amendments and modifications thereto, (b) all documents which memorialize or evidence the issuance or transfer of equity interests in the entity, and (c) records of all decisions and actions taken by the entity, e.g., minutes, resolutions, etc.

As used herein, "Tax Documents" means (a) for an individual or married couple, a full and complete Form 1040, and (b) for an entity, (i) its Schedule K, (ii) the applicable portions of a 1040 Schedule C, or (iii) such other tax return as may be prepared or filed with respect to the income or operation of the entity.

As used herein, "Document" means any writings, recording or photograph, whether original or duplicate, as defined in the Federal Rules of Evidence Rule 1001, Federal Rule of Civil Procedure 34(a), and Bankruptcy Rule 7034, inclusively, including (but not limited to) memoranda, notes and facsimile transmissions.

The term "or" includes "and."

The term "any" includes "all."

"Relating to" means evidencing, summarizing, describing, regarding, containing any record of, reference to or indication of, or referring to in any way.

# DOCUMENTS REQUESTED

1. Please produce all Distribution Documents, Financial Documents, Governance Documents, Insider Documents and Tax Documents for the Partnership that were prepared during the Time Period.

2. Please produce all Distribution Documents, Financial Documents, Governance Documents, Insider Documents and Tax Documents for each of the 3 Partnerships that were prepared during the Time Period.

3. Please produce all Financial Documents, Insider Documents and Tax Documents for each Debtor that were prepared during the Time Period.

4. Please produce all Financial Documents for "Both Partnerships," as that phrase was used in response to Question 2 in the Statement of Financial Affairs.

*Court's Service List*

All parties are ECF qualified except:

**William K Foster
20771 Reid Lane,
Saratoga, California 95070**

**W. Knight Foster Partnership
20771 Reid Lane,
Saratoga, California 95070**

**Jeffrey Stewart Love, Esq.
Klarquist Sparkman, LLP
121 SW Salmon Street, Ste 1600
Portland, OR 97204
    Counsel for the Partnership**