Jeffrey S. Love (CA Bar No. 195068)
KLARQUIST SPARKMAN LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301
jeffrey.love@klarquist.com

ADLESON, HESS & KELLY, APC
Patric J. Kelly, Esq. (SBN 71461)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
pjkelly@ahklaw.com

Attorneys for Interested Parties

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM K. FOSTER and<br>ROBERTA L. SCOTT,<br><br>    Debtors. | Case No.: 09-59233<br><br>Chapter: 7<br><br>[NO HEARING REQUIRED] |

## REQUEST FOR NOTICE AND SPECIFICATION OF ADDRESS
## FOR MAILING OF NOTICES

COMES NOW, KLARQUIST SPARKMAN LLP, and ADLESON, HESS & KELLY, APC, parties in interest in the above-captioned case, and hereby request, pursuant to Rule 2002 of the Bankruptcy Rules that said parties be given notice of all matters requiring notice, including, but not limited to, copies of all disclosure statements, plans of reorganization, chapter 11 or 13 plans, applications to compromise controversies, applications for the sale of property, applications to accept or reject leases, applications for employment of

professionals, applications for approval of compensation for professionals, and such similar applications, whether such notice is sent by the debtor, the debtor's counsel or other authorized agent, a creditor, trustee, or other party designated by the court, or by the court, with such notice directed as follows:

Patric J. Kelly, Esq.
ADLESON, HESS & KELLY, APC
577 Salmar Avenue, Second Floor
Campbell, CA  95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
pjkelly@ahklaw.com

and to:

Jeffrey S. Love
KLARQUIST SPARKMAN LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
jeffrey.love@klarquist.com

Dated: July 8, 2016              Respectfully submitted,

ADLESON, HESS & KELLY, APC

By: _____/s/  Patric J. Kelly_____
     Patric J. Kelly
     Attorneys for Interested Parties

DEBTOR: WILLIAM K. FOSTER and ROBERTA L. SCOTT
BANKRUPTCY #: 09-59233

## CERTIFICATE OF SERVICE

I, the undersigned, certify:

I am a citizen of the United States and a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 577 Salmar Avenue, Second Floor, Campbell, California 95008.

On July 8, 2016, I served the following document:

**REQUEST FOR ALL NOTICES AND SPECIFICATION OF ADDRESS FOR MAILING OF NOTICES**

on the following persons via electronic service through ECF:

| **DEBTOR'S ATTORNEY** | **TRUSTEE** |
|---|---|
| Scott J. Sagaria<br>Law Offices of Scott J. Sagaria<br>2033 Gateway Pl. 5th Fl.<br>San Jose, CA 95110 | Mohamed Poonja<br>P.O. Box 1510<br>Los Altos, CA 94023-1510 |
| **ATTORNEY FOR TRUSTEE** | **U.S. TRUSTEE** |
| Gregg S. Kleiner<br>Dentons US, LLP<br>1 Market Plaza<br>Spear Tower 24th Fl.<br>San Francisco, CA 94105 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 8, 2016, at Campbell, California.

/s/ Andrea Quinata-Sandoval
_____
Andrea Quinata-Sandoval

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM